## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 1:11-CR-0198-03 |
| | : | |
| | : | (Judge Rambo) |
| v. | : | |
| | : | |
| JUSTIN THOMPSON | : | **NOTICE OF APPEAL** |
| | : | |

## NOTICE OF APPEAL

Notice is hereby given that Justin Thompson, the Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on May 2, 2013.

Dated: May 9, 2013

s/ Jennifer P. Wilson  
Jennifer P. Wilson, Esquire  
PA 209893  
PHILPOTT WILSON LLP  
227 No. High Street, PO Box 116  
Duncannon, PA 17020  
717-834-3087 - Phone  
717-834-5437 - Fax  
jenniferphilpottwilson@gmail.com  
Attorney for Justin Thompson

cc:   Defendant, Justin Thompson
        AUSA William Behe

## CERTIFICATE OF SERVICE

AND NOW, this 9th day of May, 2013, the undersigned certifies that she is a person of suitable age and discretion to be competent to serve papers.  The undersigned further certifies that she served a copy of the foregoing document upon the following person by electronically filing the document with the United States District Court for the Middle District of Pennsylvania, thus causing the below recipient to receive a copy at the below e-mail address:

> William Behe, Esq.
> Assistant United States Attorney
> william.behe@usdoj.gov

The undersigned further certifies that she served a copy of the foregoing document upon the following person by placing a copy of the foregoing document in the United States mail, thus causing the below recipient to receive a copy at the below address:

> Justin Thompson
> c/o Cumberland County Prison
> 1101 Claremont Road
> Carlisle, PA 17015

    Respectfully submitted,

    s/Jennifer P. Wilson
    Jennifer P. Wilson, Esquire
    PA 209893
    PHILPOTT WILSON LLP
    227 N. High St., P.O. Box 116
    Duncannon, PA 17020
    717-834-3087 - Phone
    717-834-5437 - Fax
    jenniferphilpottwilson@gmail.com

    Attorney for Justin Thompson

May 9, 2013